UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SPECTACULAR SMOKE INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. C23-1776JLR<br><br>ORDER TO SHOW CAUSE |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

1  Fed. R. Civ. P. 4(m). Here, Plaintiff GS Holistic, LLC ("GS Holistic") filed its complaint
2  in this action on November 20, 2023. (*See* Compl. (Dkt. # 1).) As a result, its deadline to
3  serve Defendants expired on February 20, 2024. GS Holistic has not, however, filed
4  proof of proper service on any of the three Defendants. (*See generally* Dkt.)
5      Accordingly, the court ORDERS GS Holistic to show cause, by no later than
6  **June 28, 2024**, why the court should not dismiss this action for failure to comply with
7  Rule 4(m). If GS Holistic does not demonstrate good cause for its failure, the court will
8  dismiss this action without prejudice.
9      Dated this 17th day of June, 2024.

                                                     JAMES L. ROBART
                                                     United States District Judge